# Exhibit 1

## CONSENT TO JOIN

I hereby consent to opt-in to become a plaintiff in a collective action against Capital One in order to recover for violations of wage and hour laws.

_____
Anne Fierbaugh (Dec 20, 2024 12:57 EST)
Signature

Anne Fierbaugh
Printed Name