IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Anne Fierbaugh, on behalf of herself and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>        Defendant. | Case No. 3:24-CV-00901 |

**DEFENDANT'S RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Capital One Services, LLC certifies that Capital One Services, LLC is wholly owned by Capital One, National Association and no other publicly held corporation owns 10% or more of Capital One Services, LLC's stock.  Capital One, National Association is a wholly-owned subsidiary of Capital One Financial Corporation which is a publicly traded company (NYSE: COF).  Capital One Financial Corporation has no parent corporation and no publicly held corporation owns 10% or more of its corporate stock.

[signatures on following page]

Dated: March 7, 2025

Jason C. Schwartz, VA Bar No. 43635
Naima L. Farrell (*pro hac forthcoming*)
Thomas J. McCormac IV (*pro hac forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Fax: 202.467.0539
jschwartz@gibsondunn.com
nfarrell@gibsondunn.com
tmccormac@gibsondunn.com

Respectfully submitted,

*/s/Sean M. Gibbons*
Sean M. Gibbons, VA Bar No. 40981
ROTH JACKSON
1519 Summit Avenue, Suite 102
Richmond, VA 23230
Telephone: 804.441.8442
Fax: 804.441.8438
sgibbons@rothjackson.com

Genevieve C. Bradley, VA Bar No. 83325
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, VA 22102
Telephone: 703.485.3531
Fax: 703.485.3525
gbradley@rothjackson.com

*Attorneys for Defendant Capital One Services, LLC*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this the 7th day of March 2025, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

 /s/ *Sean M. Gibbons*
Sean M. Gibbons
