IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ANNE FIERBAUGH, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>　　　　Defendant. | Case No. 3:24-CV-901 |

**DEFENDANT CAPITAL ONE SERVICES, LLC'S MOTION TO DISMISS AND/OR STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT**

　　Defendant Capital One Services, LLC ("Capital One"), by and through undersigned counsel, submits this Motion to Dismiss and/or Strike Plaintiff's First Amended Complaint under Fed. R. Civ. P. 12(b)(6), 12(f), and 23(d)(1)(D), for the reasons stated in the accompanying Memorandum in Support.

**Oral Argument Requested**

　　Pursuant to instructions from Chambers, a Notice of Hearing is not being filed with this Motion, but Capital One respectfully requests that a hearing be set to allow for oral argument in light of the legal issues raised.

| | |
|---|---|
| Dated: March 25, 2025 | Respectfully submitted, |
| /s/ *Jason C. Schwartz* | |
| Jason C. Schwartz, VA Bar No. 43635 | Sean M. Gibbons, VA Bar No. 40981 |
| Naima L. Farrell (*pro hac vice*) | ROTH JACKSON |
| Thomas J. McCormac IV (*pro hac vice*) | 1519 Summit Avenue, Suite 102 |
| Alexandria Murphy (*pro hac vice*) | Richmond, VA 23230 |
| GIBSON, DUNN & CRUTCHER LLP | Telephone:  804.441.8442 |
| 1700 M Street, N.W. | Fax:  804.441.8438 |
| Washington, D.C.  20036-4504 | sgibbons@rothjackson.com |
| Telephone:  202.955.8500 | |
| Fax:  202.467.0539 | Genevieve C. Bradley, VA Bar No. 83325 |
| jschwartz@gibsondunn.com | ROTH JACKSON |
| nfarrell@gibsondunn.com | 8200 Greensboro Drive, Suite 820 |
| tmccormac@gibsondunn.com | McLean, VA 22102 |
| amurphy@gibsondunn.com | Telephone:  703.485.3531 |
| | Fax:  703.485.3525 |
| *Attorneys for Defendant Capital One Services, LLC* | gbradley@rothjackson.com |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 25th day of March 2025, I electronically filed the above and foregoing document via the Court's CM/ECF system, which will send notification of said filing to all counsel of record.

    /s/ *Jason Schwartz*
Jason C. Schwartz