# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| ANNE FIERBAUGH, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>   Defendant. | CASE NO. 3:24-CV-00901 |

## CONSENT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

  COMES NOW Defendant Capital One Services, LLC ("Defendant"), with the consent of Plaintiff Anne Fierbaugh ("Fierbaugh"), by counsel, and hereby respectfully moves this Court pursuant to Fed. R. Civ. P. 26(c), and for good cause shown, to enter the Stipulated Protective Order, attached hereto as **Exhibit A**, ensuring the confidentiality of certain information and documents disclosed or produced during discovery in this Action. In support hereof, Defendant states:

  The Stipulated Protective Order attached specifies conditions under which sensitive, proprietary, and/or legally confidential documents and information in possession of the Parties must be exchanged, used, and protected in this litigation, and authorizes the Parties to disclose that information in response to discovery requests. Entry of this Stipulated Protective Order is necessary for the Parties to effectively conduct discovery in this action.

  WHEREFORE, the parties respectfully request that the Stipulated Protective Order, as agreed to and stipulated to by counsel for both Parties, be adopted by order of this Court.

Dated:  August 8, 2025

Jason C. Schwartz, VA Bar No. 43635
Naima L. Farrell (*pro hac vice*)
Thomas J. McCormac IV (*pro hac vice*)
Alexandria Murphy (*pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C.  20036-4504
Telephone:  202.955.8500
Fax:  202.467.0539
jschwartz@gibsondunn.com
nfarrell@gibsondunn.com
tmccormac@gibsondunn.com
amurphy@gibsondunn.com

Respectfully submitted,

CAPITAL ONE, LLC
By Counsel

 */s/*  Sean M. Gibbons_____
Sean M. Gibbons, VA Bar No. 40981
ROTH JACKSON
1519 Summit Avenue, Suite 102
Richmond, VA 23230
Telephone:  804.441.8442
Fax:  804.441.8438
sgibbons@rothjackson.com

Genevieve C. Bradley, VA Bar No. 83325
ROTH JACKSON
8200 Greensboro Drive, Suite 820
McLean, VA 22102
Telephone:  703.485.3531
Fax:  703.485.3525
gbradley@rothjackson.com

*Attorneys for Defendant Capital One Services, LLC*

and

ANNE FIERBAUGH
By Counsel

*/s/* Craig Juraj Curwood_____
Craig Juraj Curwood, VA Bar No. 43975
Harris D. Butler, III, VA Bar No. 26483
Zev Antell, VA Bar No. 74634
Samantha R. Galina, VA Bar No. 96981
Butler Curwood, PLC
140 Virginia Street, Ste. 302
Richmond, VA 23219
Telephone: 804.648.4848
Fax: 804.237.0413
craig@butlercurwood.com
harris@butlercurwood.com
zev@butlercurwood.com
samantha@butlercurwood.com

*Attorneys for Plaintiff Anne Fierbaugh*

2

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this 8th day of August 2025, the following document in the above-captioned matter was electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                               /s/ Sean M. Gibbons_____
                                                               Sean M. Gibbons