**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| ANNE FIERBAUGH,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE SERVICES, LLC,<br><br>Defendant. | ) | Civil Action No. 3:24-cv-901-HEH |

**<u>ORDER</u>**
**(Granting Joint Motion for Approval of Settlement Agreement)**

THIS MATTER is before the Court following a Joint Motion for Settlement Approval (the "Motion," ECF No. 36). Plaintiff Anne Fierbaugh and Defendant Capital One Services, LLC (collectively, the "Parties") jointly moved for approval of the Settlement Agreement (the "Agreement," ECF No. 37-1) they reached concerning Plaintiff's action (Am. Compl., ECF No. 5) under the Fair Labor Standards Act (FLSA).

Upon review of the Motion, the Memorandum in support thereof (ECF No. 37), and the reasons outlined in the Parties' submission, the Court finds that the Agreement is the product of an arm's-length negotiation in an adversarial context. The Court further believes that the Agreement is a fair and reasonable resolution of a bona fide dispute arising out of the alleged violations of the FLSA, as set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). Finally, the Court concludes that the Agreement is adequate as to both Parties and consistent with the goals and objectives of the FLSA.

Accordingly, it is hereby ORDERED that the Agreement is APPROVED. Plaintiffs' claims are DISMISSED with PREJUDICE. The Court retains jurisdiction to monitor compliance and enforce the terms of the settlement, if so necessary, in accordance with *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375 (1994).

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

This case is CLOSED.

It is so ORDERED.

/s/
Henry E. Hudson
Senior United States District Judge

Date: Oct. 27, 2025
Richmond, Virginia